

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 12. 2015

RETURNED TO SENDER

6/10/20
BRISC...

The Co...
of habe...

R...

...LOUIS   Tr. Ct. No. W01-73362-S(D)          WR-53,391-06

...sed without written order this subsequent application for a writ
X. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

MICHAEL LOUIS BRISCO
~~ALLRED UNIT~~ - TDC #1074236

No longer on this unit

U TF

Bench warrant